**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORIGA**
**ATLANTA DIVISION**

ROBERT LEE HALL,

  Plaintiff,

                          CASE NO.: 1:24-cv-01887-TWT-RGV

v.

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS, INC.,
TRANS UNION LLC, and
EDFINANCIAL SERVICES LLC,

  Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**AS TO EDFINANCIAL SERVICES LLC.**

COMES NOW Plaintiff, ROBERT LEE HALL, and Defendant, EDFINANCIAL SERVICES LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff, against Defendant EDFINANCIAL SERVICES LLC, in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of June, 2024.

1

| | |
|---|---|
| **/s/ Octavio Gomez** | **/s/ Dana M. Richens** |
| Octavio "Tav" Gomez | Dana M. Richens |
| Florida Bar No.: 0338620 | Georgia Bar No.: 604429 |
| Georgia Bar No.: 617963 | SMITH, GAMBRELL & RUSSELL, LLP |
| Pennsylvania No.: 325066 | 1105 W. Peachtree St. N.E., Suite 1000 |
| The Consumer Lawyers PLLC | Atlanta, GA 30309 |
| 412 E. Madison St, Suite 916 | Tel.: (404) 815-3659 |
| Tampa, FL 33602 | Facsimile: (404) 685-6959 |
| Cell: (813) 299-8537 | drichens@sgrlaw.com |
| Facsimile: (844) 951-3933 | |
| Tav@theconsumerlawyers.com | *Attorney for Defendant Edfinancial Services LLC* |
| *Attorney for Plaintiff* | |