**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**ROBERT LEE HALL**

   Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRAN UNION LLC, and EDFINANCIAL SERVICES LLC**

CASE NO.: 1:24-cv-01887-TWT-RGV

   Defendants.

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT,**
**EQUIFAX INFORMATION SERVICES LLC**

COMES NOW Plaintiff, Robert Lee Hall, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, Equifax Information Services LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 1st day of July 2024.

1

>/s/Octavio Gomez
> Octavio "Tav" Gomez
> Florida Bar #:0338620
> Georgia Bar #: 617963
> Pennsylvania #: 325066
> The Consumer Lawyers PLLC
> 412 E. Madison St, Ste 916
> Tampa, FL 33602
> Cell: (813)299-8537
> Facsimile: (844)951-3933
> Primary Email:
> Tav@theconsumerlawyers.com
> Secondary Email:
> Lisa@theconsumerlawyers.com
> *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 1st day of July, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

>/s/Octavio Gomez
> Octavio "Tav" Gomez
> Georgia Bar #: 617963
> The Consumer Lawyers PLLC
> *Attorney for Plaintiff*