UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT LEE HALL,<br><br>        Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EDFINANCIAL SERVICES LLC,<br><br>        Defendants. | CASE NO. 1:24-cv-01887-TWT-RGV |

### NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC,

COMES NOW Plaintiff, ROBERT LEE HALL, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendants, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 26th day of July, 2024.

1

                              **/s/ Octavio Gomez**
                              Octavio "Tav" Gomez
                              Florida Bar No.: 0338620
                              Georgia Bar No.: 617963
                              Pennsylvania No.: 325066
                              The Consumer Lawyers PLLC
                              501 E . Kennedy Blvd, Suite 610
                              Tampa, FL 33602
                              Cell: (813) 299-8537
                              Tav@theconsumerlawyers.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on this 26th day of July, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

                              **/s/ Octavio Gomez**
                              Octavio "Tav" Gomez
                              Georgia Bar No.: 617963
                              The Consumer Lawyers
                              *Attorney for Plaintiff*